UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:

ANA MARIA SIBERIO,

        Plaintiff,

v.

ZANELLI ORGANIZATION, INC.,
ZANELLI GROUP LLC,
MARCELLO ZANELLI,

        Defendants.
_____/

## COMPLAINT
*{Jury Trial Demanded}*

Plaintiff, ANA MARIA SIBERIO, brings this action against Defendants, ZANELLI ORGANIZATION, INC., ZANELLI GROUP LLC, and MARCELLO ZANELLI, pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C § 201 et seq., and alleges as follows:

1. Jurisdiction is conferred on this Court by 28 U.S.C. § 1331 and 29 U.S.C. § 216(b).

2. At all times material hereto, Plaintiff ANA MARIA SIBERIO was a resident of the State of Florida and an "employee" of Defendants as defined by the FLSA.

3. At all times material hereto, Plaintiff engaged in interstate commerce on a regular and recurring basis within the meaning of the FLSA through interstate communications including via telephone communications.

4. At all times material hereto, Defendant, ZANELLI ORGANIZATION, INC., was a Florida corporation with its principal place of business in South Florida, engaged in commerce in the field of installing, finishing, refinishing, and maintaining floors for commercial and residential buildings, at all times material hereto was the "employer" of Plaintiff as that term is defined under

1

statutes referenced herein, engaged along with its employees in interstate commerce, and has annual gross sales and/or business volume of $500,000 or more.

5. At all times material hereto, Defendant, ZANELLI GROUP LLC, was a Florida Limited Liability Company with its principal place of business in South Florida, engaged in commerce in the field of importing, exporting, and retailing of marble and floor products, at all times material hereto was the "employer" of Plaintiff as that term is defined under statutes referenced herein, engaged along with its employees in interstate commerce, and has annual gross sales and/or business volume of $500,000 or more.

6. Defendants ZANELLI ORGANIZATION, INC. and ZANELLI GROUP LLC are a single enterprise under the Fair Labor Standards Act, performed related activities through unified operation and common control for a common business purpose, engaged along with their employees in interstate commerce, and have an annual gross sales and/or business volume of $500,000 or more.

7. Defendants ZANELLI ORGANIZATION, INC. and ZANELLI GROUP LLC were joint employers of Plaintiff, ANA MARIA SIBERIO, under the Fair Labor Standards Act, shared Plaintiff's services, had Plaintiff acting in the interest of each business, and shared common control of Plaintiff.

8. Defendant, MARCELLO ZANELLI, is a resident of Miami-Dade County, Florida and was, and now is, the managing agent, director and/or owner of Defendant, ZANELLI ORGANIZATION, INC.; said Defendant acted and acts directly in the interests of Defendant, ZANELLI ORGANIZATION, INC., in relation to said co-Defendant's employees. Defendant effectively dominates ZANELLI ORGANIZATION, INC. administratively or otherwise acts, or has the power to act, on behalf of the corporation vis-a-vis its employees and had the authority to

direct and control the work of others. Thus, MARCELLO ZANELLI was and is an "employer" of the Plaintiff within the meaning of 29 U.S.C. §203(d).

9.  Defendant, MARCELLO ZANELLI, was and now is the managing agent, director and/or owner of Defendant, ZANELLI GROUP LLC; said Defendant acted and acts directly in the interests of Defendant, ZANELLI GROUP LLC, INC., in relation to said co-Defendant's employees. Defendant effectively dominates ZANELLI GROUP LLC administratively or otherwise acts, or has the power to act, on behalf of the corporation vis-a-vis its employees and had the authority to direct and control the work of others. Thus, MARCELLO ZANELLI was and is an "employer" of the Plaintiff within the meaning of 29 U.S.C. §203(d).

10. In justifiable reliance upon Defendants' representations and promises, Plaintiff ANA MARIA SIBERIO accepted employment and began working for Defendants as an assistant.

11. During Plaintiff's employment, Defendants did not pay Plaintiff the full and proper minimum wages for all hours Plaintiff worked each week.

12. During Plaintiff's employment, Defendants did not pay Plaintiff, the full and proper overtime wages of 1.5 times her regular hourly rate, for each hour Plaintiff worked over 40 each week.

13. Plaintiff has attached statement of claim as <u>Exhibit A</u> to provide initial estimates of the damages. These amounts may change as Plaintiff engages in the discovery process.

14. Defendants have knowingly and willfully refused to pay Plaintiff all of her legally-entitled wages.

15. Plaintiff has complied with all conditions precedent to bringing this suit, or same have been waived or abandoned.

16.     Plaintiff has retained the services of the undersigned and is obligated to pay for the legal services provided.

## COUNT I
## VIOLATION OF FAIR LABOR STANDARDS ACT ("FLSA")
## ALL DEFENDANTS

17.     Plaintiff realleges and incorporates the allegations set forth in paragraphs 1-16 above as if set forth herein in full.

18.     Plaintiff alleges this action pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 216 (b), that Plaintiff is entitled to: (i) unpaid minimum wages; (ii) time-and-a-half overtime pay, and (iii) liquidated damages pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201 et seq.

19.     Plaintiff seeks recovery of damages as referenced above and further seeks interest, costs, and attorneys' fees pursuant to 29 U.S.C. § 216(b).

WHEREFORE, Plaintiff demands judgment against Defendants, jointly and severally, plus costs, reasonable attorneys' fees, and such other remedy as the court deems just and appropriate.

          Respectfully submitted,

          Koz Law, P.A.
          320 S.E. 9th Street
          Fort Lauderdale, Florida 33316
          Phone: (786) 924-9929
          Fax:     (786) 358-6071
          Email: ekoz@kozlawfirm.com

          */s/ Elliot A. Kozolchyk*
          _____
          Elliot Kozolchyk, Esq.
          Bar No.: 74791